UNITED STATES BANKRUPTCY COURT
Middle District of Florida
Orlando Division

IN RE:

Desmond Langton

Debtor

Case No:    6:09-bk-12505-ABB
Chapter 13

### Order Granting Trustee's Motion to Dismiss for Failure to Maintain Plan Payments

THIS CASE came on for consideration upon the Motion to Dimiss for Failure to Maintain Plan Payments (Document No. 26). The Court, being fully informed in the premises, finds that as Debtor failed to become current in payments and failed to file a Response to the Trustee's Motion to Dismiss, that the Trustee's Motion to Dismiss for Failure to Maintain Timely Plan Payments has merit and should be granted and that this case should be dismissed. Accordingly, it is hereby

ORDERED AND ADJUDGED AS FOLLOWS:

1. The Motion to Dismiss is granted and this case is dismissed.

2. The automatic stay imposed by 11 U.S.C. Section 362 is terminated.

3. Pursuant to the provisions of 11 U.S.C. Sections 105(a) and 109(g), the debtor is not enjoined from filing for relief under Chapter 13 of Title 11 of the United States Code.

4. Of the Debtor's $0.00 balance in the Trustee's trust account, administrative expenses shall be disbursed as follows: $0.00 to secured creditors provided for in the Debtor's current plan, $0.00 attorney fees provided for in the debtor's current plan, and $0.00 to the trustee. The balance of $0.00 shall be turned over to the Debtor.

5. The effective date of this order is delayed fourteen (14) days to permit the Debtor to file a Notice of Conversion, along with the $25.00 trustee surcharge required by the Bankruptcy Court Fee Schedule.

**Done and Ordered on**  November 24, 2009.

Arthur B. Briskman
United States Bankruptcy Judge

Copies to:
All Creditors and Interested Parties